UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. | 2:25-cr-00779-FLA | Date: 09/29/2025 |
| Present: The Honorable: | Charles F. Eick, United States Magistrate Judge | |
| Interpreter | N/A | Language N/A |

| Valencia Munroe | CS 09/29/2025 | Monika Hara |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s)  ✔ Present  Released on Bond | Attorneys for Defendants:  ✔ Present  DFPD |
|---|---|
| Bobby Nunez | Rebecca Kathleen Harris |

**Proceedings: Arraignment of Defendant and/or**   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Fernando L. Aenlle-Rocha.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/18/2025 8:30 AM; Pre-Trial Conference: 11/07/2025 10:30 AM
* Government counsel provides trial estimate of 2-3 days.
* Judge Aenlle-Rocha is located in 6B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA   PSAED   PSASA
    USMLA   USMED   USMSA
    Statistics Clerk         Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: VMUN by TRJ