CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
REBECCA HARRIS (Bar No. 340964)
(E-Mail: Rebecca_Harris@fd.org)
DAVID MENNINGER (Bar No. 281460)
(E-Mail: David_Menninger@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
BOBBY NUNEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BOBBY NUNEZ, <br><br> Defendant. | Case No. 2:25-cr-00779-FLA <br><br> **JOINT DISPUTED LIMITING INSTRUCTION** |

1

1 | Defendant Bobby Nunez, by and through his counsel of record Deputy Federal
2 | Public Defenders Rebecca Harris and David Menninger, and plaintiff United States of
3 | America, by and through its counsel of record, Assistant United States Attorneys
4 | Haoxiaohan Cai and Iricel E. Payano, hereby submit their Joint Disputed Limiting
5 | Instruction in the above-captioned case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  December 10, 2025          By  /s/ Rebecca Harris
                                   REBECCA HARRIS
                                   DAVID MENNINGER
                                   Deputy Federal Public Defenders
                                   Attorneys for BOBBY NUNEZ

COURT'S INSTRUCTION NO. _____

**DEFENDANT'S PROPOSED LIMITING INSTRUCTION**

You are about to hear evidence about a third-party's arrest for an immigration offense. I instruct you that this evidence is admitted only for the limited purpose of determining whether Mr. Nunez acted with the intent to steal government property, and whether the government has proven the other elements of the offense. Therefore, you must consider it only for that limited purpose and not for any other purpose.

Ninth Circuit Model Criminal Jury Instructions, No. 2.12 (2022 ed.) [Evidence for Limited Purpose]

COURT'S INSTRUCTION NO. _____

**GOVERNMENT'S PROPOSED LIMITING INSTRUCTION**

<u>Ahead of trial</u>:

During this trial, you will hear evidence about the arrest of a third party, Tatiana Martinez, who is not a party to this case. I am instructing you that the circumstances of Martinez's arrest, including whether the arrest was legally conducted or illegally conducted, are irrelevant to your determination in this case.

<u>After trial</u>:

You have heard evidence about the arrest of a third party, Tatiana Martinez, who is not a party to this case. I am instructing you that the circumstances of Martinez's arrest, including whether the arrest was legally conducted or illegally conducted, are irrelevant to your determination in this case.