1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

Plaintiff/s,

12

13                  v.

14

15 BOBBY NUNEZ,

Defendant/s.

16

17

18

19

20

21

Case No. 2:25-cr-00779-FLA

**AMENDED DEFENSE'S EXHIBIT LIST**

Trial Date: December 16, 2025
Trial Time: 8:30 AM

1

Defendant Bobby Nunez, by and through her counsel of record, Deputy Federal Public Defenders Rebecca Harris and David Menninger, submits the attached list of exhibits for the trial in the above-captioned case. The defense reserves the right to add to this list. By placing an item on the exhibit list, the defense does not concede that the item is admissible at trial.

Respectfully submitted,


CUAUHTEMOC ORTEGA

Federal Public Defender


DATED:  December 18, 2025        By  */s/ Rebecca Harris*
                                   REBECCA HARRIS
                                   DAVID MENNINGER
                                   Deputy Federal Public Defender
                                   Attorney for Bobby Nunez

2

| Ex. # | Description | Date Identified | Date Admitted |
|-------|-------------|-----------------|---------------|
| 500. | USAO_00000004 Axon Video 8.15.25 0000-0256 | | |
| 500A. | USAO_00000004 Axon Video 8.15.25 0156-0256 | | |
| 501. | USAO_00000096_August 15 arrest ROI | | |
| 502. | USAO_00000101_ROI re investigation into Bobby's ID | | |
| 503. | ICE BWC Policy | | |
| 504. | DHS BWC Policy | | |
| 505. | LAPD Incident Recall | | |
| 506. | LAPD BWC Index | | |
| 507. | LAPD BWC 1 | | |
| 508. | LAPD BWC 2 | | |
| 509. | LAPD BWC 3 | | |
| 510. | LAPD Custodian Declaration | | |
| 511. | Scorpion Servs Incident Report 08.15.2025 | | |
| 512. | Scorpion Servs Custodian Declaration | | |
| 512A. | Clip from LAPD BWC 2 | | |
| 512B. | Image from LAPD BWC 2 | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 513. | Witness Interview of William Lopez_Redacted USAO_00000635 | | |
| 513A. | Clip from LAPD BWC 3 | | |
| 513B. | Clip from LAPD BWC 3 | | |
| 514. | Pre Trial Meet with Scott Freni_Redacted USAO_00000628 | | |
| 515. | Witness Interview of Miguel Flores_Redacted USAO_00000630 | | |
| 516. | Witness interview of Renato Renderos_Redacted USAO_00000633 | | |
| 517. | ICE Home to Work Request_ICE Form 333 | | |
| 518. | ICE Home to Work Log_ICE Form 177 | | |
| 519. | Durango License Plate 10.21.25 | | |
| 520. | ICE Directive 1009.2 HtW Transportation | | |
| 521. | Clip Govt 10  0325 to 0334 | | |
| 522. | Clip Govt 10  1513 to 1522 | | |
| 523. | Clip of Gov Exh 10 at 1052 | | |
| 524. | Transcript Translation of Def Ex 500 | | |
| 525. | Transcript Translation of Gov Ex 20 | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 526. | Transcript Translation of Gov Ex 15 | | |
| 527. | December 12_2025 License Plate ROI Avina | | |
| 528. | Clip of Gov Exh 10 at 1352 | | |
| 529. | Govt Exh 1 with Labels | | |
| 530. | CS523762 - Sunflower Additional Asset Info Page | | |
| 531. | 1C4SDHFT9LC441447 - GSA Fleet Registration Page | | |
| 532. | 1C4SDHFT9LC441447 - GOV Registration Card | | |
| 533. | 11_18 Meeting with Bravo ROI | | |
| 534. | 12_9 Meeting with Bravo | | |
| 535. | 12_14 Meeting with Bravo | | |

5