FILED
CLERK, U.S. DISTRICT COURT

12/19/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TF _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

U.S.A.,

              Plaintiff(s),

vs.

BOBBY NUNEZ,

              Defendant(s).

) Case No.: 2:25-cr-00779-FLA-1
)
) **JURY NOTE NUMBER: #** 1
)
) Date: 12-19-25
)
) Time: 2:36
)
)
)

_____    THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

May we receive the legal definition of "theft" and "Stolen"?

SIGNED:_____█████████████████████_____JURY