```
FILED
CLERK, U.S. DISTRICT COURT
12/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY:      TF      DEPUTY
```

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　　v.<br>BOBBY NUNEZ,<br>　　　　　　　Defendant. | Case No. 2:25-cr-00779-FLA<br><br>**VERDICT FORM** |

1

## COUNT ONE

## THEFT OF GOVERNMENT PROPERTY

1. We, the jury in the above-captioned case, unanimously find defendant BOBBY NUNEZ:

    ✓  NOT GUILTY

    _____ GUILTY

of Theft of Government Property, in violation of Title 18, United States Code, Section 641, as charged in Count One of the Indictment.

*After you have reached unanimous agreement on a verdict, the foreperson should sign and date this form and advise the court security officer that you are ready to return to the courtroom.*

DATED  12/19/25  in Los Angeles, California

███████████████
[FOREPERSON OF THE JURY]